**ANNE T. DONNELLY**
**DISTRICT ATTORNEY**

**SPECIAL PROCEEDINGS DIVISION**
Tammy J. Smiley, Executive

**APPEALS BUREAU**
Sarah S. Rabinowitz, Chief

# OFFICE OF THE DISTRICT ATTORNEY
# NASSAU COUNTY

October 14, 2026

Honorable Andrew E. Krause
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Vale v. Ritter*
26-CV-06853-KMK-AEK

Dear Judge Krause:

I am the assistant district attorney assigned to respond on Respondent's behalf to Petitioner Richard Vale's petition for a writ of habeas corpus. Respondent is currently required to file its response by October 20, 2026. I am writing to request a thirty-day extension of time for Respondent to respond to the petition, which would make the response returnable by November 19, 2026. This is Respondent's first request for an extension of time.

Although this case arises out of Westchester County, the Nassau County District Attorney's Office ("NCDA") was appointed to act as Special District Attorney on February 18, 2025. Due to the prosecution's procedural history, this Office did not possess any files relating to Petitioner's trial, appeal, or the majority of his post-conviction applications. The NCDA only possessed its own file relating to Petitioner's December 2, 2024, C.P.L. § 440.20 motion.

After the NCDA was notified of Judge Kenneth M. Karas's August 21, 2026, order directing Respondent to answer, I contacted the Westchester County District Attorney's Office ("WCDA") to obtain documents from their file. The WCDA's file had to be retrieved from that Office's archives, and I did not receive all the relevant documents until September 29, 2026.

I also contacted the New York State Attorney General's Office ("NYAG"), which had litigated Petitioner's New York State habeas corpus petition. The NYAG also had to retrieve its file from an off-site location before it could respond to my request for documents. I received the NYAG's file on September 24, 2026.

I was not able to determine how Respondent should address the petition until after I had obtained the files from both the WCDA and NYAG. After reviewing the files, I determined that the petition was untimely and the appropriate course of action would be to move to dismiss it. Although I have worked diligently on Respondent's motion, I will not be in a position to file it by its October 20, 2026, return date.

Petitioner is currently incarcerated pursuant to his judgment of conviction and is not represented by counsel. Therefore, I have not reached out to him regarding the extension request. It is my understanding that Petitioner has previously objected to extensions, and I presume that he would not consent to this request.

Thank you very much for your attention.

Respectfully submitted,

By: ______________________
Monica M. C. Leiter
Senior Appellate Counsel

cc: Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Richard Vale, DIN: 13A3750
Petitioner, *pro se*
Eastern Correctional Facility
30 Institution Road
P.O. Box 338
Napanoch, New York 12548-0338

APPLICATION GRANTED. Respondent's response to the petition is to be served and filed by **November 19, 2026**. Petitioner's reply is to be served and filed by **December 21, 2026**.

The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Petitioner.

Dated: October 14, 2026

**SO ORDERED.**

______________________
ANDREW E. KRAUSE
United States Magistrate Judge

CERTIFICATE OF SERVICE

Monica M. C. Leiter, an attorney duly admitted to practice law in the courts of the State of New York, and an assistant district attorney, of counsel to Anne T. Donnelly, District Attorney of Nassau County, affirms the following factual statement under penalty of perjury.

I hereby certify that, on October 14, 2026, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure and/or the Southern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon:

Richard Vale, DIN: 13A3750
*Petitioner Pro Se*
Eastern Correctional Facility
30 Institution Road
P.O. Box 338
Napanoch, New York 12548-0338

By: ____________________
Monica M. C. Leiter
Senior Appellate Counsel