**ANNE T. DONNELLY**
**DISTRICT ATTORNEY**

**SPECIAL PROCEEDINGS DIVISION**
Tammy J. Smiley, Executive

**APPEALS BUREAU**
Sarah S. Rabinowitz, Chief

# OFFICE OF THE DISTRICT ATTORNEY
# NASSAU COUNTY

November 9, 2026

Honorable Andrew E. Krause
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Vale v. Ritter*
26-CV-06853-KMK-AEK

Dear Judge Krause:

I am the assistant district attorney assigned to respond on Respondent's behalf to Petitioner Richard Vale's petition for a writ of habeas corpus. In compliance with the Court's Individual Practice Rule 5(B), I am writing to request permission to file under seal one of the exhibits that will be attached to my declaration in further support of Respondent's Motion to Dismiss.

According to New York law, "[g]rand jury proceedings are secret." New York Criminal Procedure Law § 190.25(4); *see also* New York Penal Law § 215.70. Petitioner's State court petition for a writ of error coram nobis, which will be attached as Exhibit 9 to my declaration, is replete with references to the New York grand jury proceedings that occurred in connection with his case. Grand jury minutes are also attached to the petition. I do not believe that the document can be redacted in such a way that it is both coherent and protects grand jury secrecy.

Consequently, I ask the Court to permit me to file Exhibit 9 to my declaration under seal to protect the secrecy of New York grand jury proceedings and records.

Thank you very much for your attention.

APPLICATION GRANTED. The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Petitioner.

Dated: November 9, 2026

**SO ORDERED.**

ANDREW E. KRAUSE
United States Magistrate Judge

Respectfully submitted,

By:

Monica M. C. Leiter
Senior Appellate Counsel